# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1508
Lower Tribunal No. 18-3132

————————————

**Sandra Steele-Thomas, etc.,**
Appellant,

vs.

**In Re: Annie Bethel Ford, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Bertila Soto, Judge.

Marva L. Wiley, for appellant.

Langer Law, P.A., and Stephanie Langer, for appellee Hudson Ford.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.